JON M. SANDS
Federal Public Defender
**GLAUCIA BRANNOCK**
D.C. Bar No. 888314451
Assistant Federal Public Defender
407 W. Congress Street, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Glaucia_Brannock@fd.org*
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** | **CR25-03319-TUC-SHR (MAA)** |
| **Plaintiff,** | |
| **v.** | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| **Damien Jax Schaffer,** | **(Unopposed)** |
| **Defendant.** | **(3rd Request)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7), will occur as a result of this motion or an order based thereon.

Mr. Schaffer, through undersigned counsel, respectfully requests a 90-day continuance of the plea deadline set for March 6, 2026, and of the trial set for March 24, 2026. This request for continuance is made because additional time is needed for trial preparation, including, but not limited to researching issues that are pertinent to this matter.

Adam Rossi, Assistant United States Attorney, does not object to this motion.

This motion is made in good faith and not for the purpose of delay.

/ / /

1

**RESPECTFULLY SUBMITTED:** March 5, 2026.

2

JON M. SANDS
Federal Public Defender

3

4

5

*/s/ Glaucia Brannock*
**GLAUCIA BRANNOCK**
Assistant Federal Public Defender

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28