JON M. SANDS
Federal Public Defender
**GLAUCIA BATISTA BRANNOCK**
D.C. Bar No. 888314451
Assistant Federal Public Defender
407 W. Congress Street, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Glaucia_Brannock@fd.org*
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | **CR25-03319-TUC-SHR (MAA)** |
| **Plaintiff,** | |
| **v.** | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| **Damien Jax Schaffer,** | **(Unopposed)** |
| **Defendant.** | **(4th Request)** |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7), will occur as a result of this motion or an order based thereon.

Mr. Schaffer, through undersigned counsel, respectfully requests a 90-day continuance of the plea deadline set for June 5, 2026, and of the trial set for June 23, 2026. This request for continuance is made for the following reasons:

1) The defense is working on an ICAN application for Mr. Schaffer.

2) The defense has requested records from the Veterans Affairs (VA) to assist the defense in the ICAN application, and has not yet received the records.

3) In the event Mr. Schaffer is not accepted in the ICAN program, the defense would need additional time for trial preparation, including, but not limited to researching issues that are pertinent to this matter.

Adam Rossi, Assistant United States Attorney, does not object to this motion.

This motion is made in good faith and not for the purpose of delay.

///

**RESPECTFULLY SUBMITTED:** June 5, 2026.

JON M. SANDS
Federal Public Defender


*/s/ Glaucia Batista Brannock*
**GLAUCIA BATISTA BRANNOCK**
Assistant Federal Public Defender

2